IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY R. HOPKINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-940-JPG-PMF |
| JUSTIN D. BRYANT, et al., | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff Tracy Hopkins' motion seeking a ruling on the merits of the exhaustion of administrative remedies defense (Doc. No. 64). The motion is not opposed. While the defendants raised failure to exhaust administrative remedies as an affirmative defense (Doc. Nos. 47, 55) they did not file a timely motion seeking a ruling in their favor. Motions regarding the exhaustion defense were due by May 16, 2014 (Doc. No. 48).

This suit is subject to the Prison Litigation Reform Act, which provides that "no action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Failure to exhaust administrative remedies is an affirmative defense. *Jones v. Bock* 549 U.S. 199, 203-04 (S. Ct. 2007). The defendants raised the defense and they bear the burden of proof. *Dole v. Chandler*, 438 F.3d 804, 809 (7th Cir. 2006). The materials on file suggest that plaintiff exhausted the administrative remedies that were made available to him and gave the prison a chance to correct the problem before he filed suit.

IT IS RECOMMENDED that plaintiff's motion (Doc. No. 64) be GRANTED as follows. At the conclusion of this case, ruling should be entered in favor of the plaintiff and against the defendants on affirmative defense No. 2.

SUBMITTED:  July 28, 2014 .

　　　　　　　　　　　　　　　　　　　　s/Philip M. Frazier
　　　　　　　　　　　　　　　　　　　　PHILIP M. FRAZIER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE